Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio




# MEMORANDUM OPINION

No. 04-11-00104-CV

## IN RE M.L.

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:        Phylis J. Speedlin, Justice
                   Rebecca Simmons, Justice
                   Marialyn Barnard, Justice

Delivered and Filed:  March 2, 2011

PETITION FOR WRIT OF MANDAMUS DENIED

On February 9, 2011, relator filed a petition for writ of mandamus.  The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2003-JUV-03651, styled *In the Matter of M.L.*, in the 289th Judicial District Court, Bexar County, Texas, the Honorable Carmen Kelsey presiding.